# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAMBLE, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00799-KES-BAM (PC)<br><br>ORDER DENYING MOTION FOR SUPPLIES<br><br>(ECF No. 22) |

　　　　Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently pending are the October 2, 2024 findings and recommendations regarding dismissal of certain claims and defendants from the second amended complaint.  (ECF No. 21.)

　　　　On October 3, 2024, Plaintiff filed a motion for supplies.  (ECF No. 22.)  Plaintiff states that he cannot continue without legal supplies, and requests that the court place an order for pens, pencils, paper, folders, envelopes, and stamps, to be sent to Plaintiff at his current institution.  Plaintiff is indigent with a $0.00 trust account balance.  Plaintiff states that these supplies are for his civil case, college, and a federal writ of habeas corpus.  (*Id.*)

　　　　In the Court's First Informational Order, issued July 10, 2024, Plaintiff was advised that "[t]he Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis."  (ECF No. 3, p. 3.)  Although Plaintiff is

1

proceeding *in forma pauperis*, that status does not entitle him to free stamps or envelopes from the Court, nor will the Court cover the cost of ordering legal supplies to be delivered to Plaintiff.

Accordingly, Plaintiff's motion for supplies, (ECF No. 22), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 4, 2024**              /s/ *Barbara A. McAuliffe*  
                                   UNITED STATES MAGISTRATE JUDGE

2