# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>          Plaintiff,<br><br>     v.<br><br>GAMBLE III, *et al.*,<br><br>          Defendants. | Case No.  1:24-cv-00799-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECEIVE PAYMENT<br><br>(ECF No. 35) |

Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendant Gamble for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

On June 5, 2025, the Court found service of the complaint appropriate and directed that Defendant Gamble be served under the Court's E-Service pilot program.  (ECF No. 32.)

Currently before the Court is Plaintiff's July 3, 2025 filing, titled "Motion to Receive My Payment Applied to My Tehachapi Prison Inmate Trust Account."  (ECF No. 35.)  Referencing the case number for the instant action, Plaintiff appears to state that a payment of $400,000 was decided on June 5, 2025.  Plaintiff states that he is currently in the "RHU SHU – Hole" at Tehachapi State Prison, and he request that the full payment of his total amount be applied to his inmate trust account.  Plaintiff states that the Court should not issue his money to anyone other

1

than Plaintiff. (*Id.*)

    The Court is not aware of any $400,000 payment, or any payment in any other amount, owed to Plaintiff in this action or in any other case. Accordingly, Plaintiff's motion to receive payment, (ECF No. 35), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 7, 2025**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE