# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAMBLE III, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00799-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS PREMATURE<br>(ECF No. 37)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO MAIL SETTLEMENT PAYMENT<br>(ECF No. 38)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S MOTION TO DISMISS IN CORRECT CASE<br>(ECF No. 37, pp. 12–13) |

Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Gamble ("Defendant") for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

Currently before the Court is Plaintiff's motion for summary judgment and motion for punitive damages, filed July 10, 2025. (ECF No. 37.) On July 11, 2025, Plaintiff also filed a renewed motion to mail a settlement payment to his inmate trust account. (ECF No. 38.)

///

1

**I.    Motion for Summary Judgment**

Plaintiff's motion for summary judgment is denied, without prejudice, as premature. Although Plaintiff's second amended complaint was screened and found to state a cognizable claim against Defendant Gamble, Defendant Gamble has not yet been served. After all parties are served, the Court will provide Plaintiff with further information regarding discovery and the filing of dispositive motions, such as summary judgment motions.

Plaintiff is also informed that his motion for summary judgment, even if timely filed, fails to comply with Local Rule 260. Pursuant to that rule, "[e]ach motion for summary judgment . . . shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact." Local Rule 260(a). Plaintiff has not included a statement of undisputed facts as required by Local Rule 260(a). After Defendant Gamble has been served, Plaintiff will be permitted to re-file his motion at a future appropriate date in compliance with the Court's Discovery and Scheduling Order and the Local Rules.

**II.    Motion to Mail Settlement Payment**

In his motion regarding payment of a settlement amount, Plaintiff requests that the Clerk of the Court mail his settlement payment to Plaintiff's prison inmate trust account for his own personal use rather than to anyone else. (ECF No. 38.)

As Plaintiff was informed in the Court's July 7, 2025 order denying Plaintiff's motion to receive payment, the Court is not aware of any payment owed to Plaintiff in this action or any other case. (ECF No. 36.) If this case settles at any point in the future, any settlement funds will be distributed according to the terms of the settlement agreement. Accordingly, Plaintiff's second motion regarding payment of settlement funds will be denied. <u>Plaintiff is warned that future filings seeking the same relief may be summarily denied or returned without filing</u>.

**III.    Plaintiff's Motion to Dismiss**

In reviewing Plaintiff's motion for summary judgment, the Court notes that Plaintiff included a motion to dismiss related to *Cone v. Lopez*, Case No. 1:25-cv-00669-KES-BAM (PC),

1  in the same envelope. (ECF No. 37, pp. 12–13.) Plaintiff states that he included the two motions
2  together due to a lack of envelopes. Accordingly, the Court will direct the Clerk of the Court to
3  file Plaintiff's motion to dismiss in the correct case number. The motion will be addressed by
4  separate order in that action.

**IV.    Order**

   Based on the foregoing, IT IS HEREBY ORDERED as follows:

   1. Plaintiff's motion for summary judgment, (ECF No. 37), is DENIED, without prejudice, as premature;
   2. Plaintiff's motion to mail settlement payment, (ECF No. 38), is DENIED; and
   3. The Clerk of the Court is DIRECTED to file Plaintiff's motion to dismiss, (ECF No. 37, pp. 12–13), in *Cone v. Lopez*, Case No. 1:25-cv-00669-KES-BAM (PC).

IT IS SO ORDERED.

   Dated:   **July 15, 2025**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

3