# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAMBLE III, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00799-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS PREMATURE<br><br>(ECF No. 41) |

Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Gamble ("Defendant") for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

Currently before the Court is Plaintiff's renewed motion for summary judgment, filed July 16, 2025. (ECF No. 41.)

Plaintiff's renewed motion for summary judgment is denied, without prejudice, as premature. As Plaintiff was previously informed in the Court's July 15, 2025 order denying Plaintiff's prior motion for summary judgment, (ECF No. 40), although Plaintiff's second amended complaint was screened and found to state a cognizable claim against Defendant Gamble, Defendant Gamble has not yet been served. After all parties are served, the Court will

1

provide Plaintiff with further information regarding discovery and the filing of dispositive motions, such as summary judgment motions.

Plaintiff is also informed that his motion for summary judgment, even if timely filed, fails to comply with Local Rule 260. Pursuant to that rule, "[e]ach motion for summary judgment . . . shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact." Local Rule 260(a). Plaintiff has not included a statement of undisputed facts as required by Local Rule 260(a). After Defendant Gamble has been served, Plaintiff will be permitted to re-file his motion at a future appropriate date in compliance with the Court's Discovery and Scheduling Order and the Local Rules.

**Plaintiff is warned that future filings seeking the same relief, which are filed prematurely or do not comply with the Court's Discovery and Scheduling Order or Local Rules, may be summarily denied or returned without filing.**

Based on the foregoing, Plaintiff's renewed motion for summary judgment, (ECF No. 41), is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated: **July 21, 2025**           /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

2