# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>        Plaintiff,<br><br>    v.<br><br>GAMBLE III, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00799-KES-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S THIRD MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS PREMATURE<br><br>(ECF No. 43) |

      Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Gamble ("Defendant") for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

      Currently before the Court is Plaintiff's third motion for summary judgment, filed July 21, 2025. (ECF No. 43.) Plaintiff previously filed motions for summary judgment on July 10 and July 16, 2025. (ECF Nos. 37, 41.) Those motions were denied as premature. (ECF Nos. 40, 42.) In the Court's July 21, 2025 order denying Plaintiff's second motion for summary judgment, Plaintiff was warned that "future filings seeking the same relief, which are filed prematurely or do not comply with the Court's Discovery and Scheduling Order or Local Rules, may be summarily denied or returned without filing." (ECF No. 42, p. 2.) Plaintiff's third motion for summary

1

judgment is again premature and again fails to comply with the Court's Local Rules.

Accordingly, Plaintiff's third motion for summary judgment, (ECF No. 43), is HEREBY SUMMARILY DENIED.

IT IS SO ORDERED.

Dated: **July 22, 2025**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE