# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE, | Case No. 1:24-cv-00799-KES-BAM (PC) |
| Plaintiff, | ORDER SUMMARILY DENYING PLAINTIFF'S FOURTH MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS PREMATURE |
| v. | |
| GAMBLE III, *et al.*, | (ECF No. 45) |
| Defendants. | |

Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Gamble ("Defendant") for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

Currently before the Court is Plaintiff's fourth motion for summary judgment, filed July 28, 2025. (ECF No. 45.) Plaintiff previously filed motions for summary judgment on July 10, and July 16, 2025. (ECF Nos. 37, 41.) Those motions were denied as premature. (ECF Nos. 40, 42.) In the Court's July 21, 2025 order denying Plaintiff's second motion for summary judgment, Plaintiff was warned that "future filings seeking the same relief, which are filed prematurely or do not comply with the Court's Discovery and Scheduling Order or Local Rules, may be summarily denied or returned without filing." (ECF No. 42, p. 2.) Pursuant to that warning, Plaintiff's third

motion for summary judgment, filed July 28, 2025, was summarily denied because it was again premature and again failed to comply with the Court's Local Rules. (ECF Nos. 43, 44.) Plaintiff's fourth motion for summary judgment is also premature and does not comply with the Court's Local Rules. (ECF No. 45.)

    Plaintiff has now filed four premature motions for summary judgment needlessly multiplying these proceedings and repeatedly causing an undue consumption and waste of limited judicial resources to manage and address Plaintiff's filings. Plaintiff is admonished that further baseless or duplicative filings, filings made for harassment, or filings that needlessly multiply the proceedings, will be summarily stricken and will subject Plaintiff to sanctions, including terminating sanctions.

    Accordingly, Plaintiff's fourth motion for summary judgment, (ECF No. 45), is HEREBY SUMMARILY DENIED.

IT IS SO ORDERED.

Dated: **July 29, 2025**     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE