# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MONROE CONE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAMBLE III, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00799-KES-BAM (PC)<br><br>ORDER SUMMARILY STRIKING PLAINTIFF'S SIXTH MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 52) |

Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Gamble ("Defendant") for excessive force in violation of the Eighth Amendment for the incident on April 29, 2024 at Valley State Prison.

Currently before the Court is Plaintiff's sixth motion for summary judgment, filed September 4, 2025. (ECF No. 52.) Plaintiff previously filed motions for summary judgment on July 10, 2025, and July 16, 2025. (ECF Nos. 37, 41.) Those motions were denied as premature. (ECF Nos. 40, 42.) In the Court's July 21, 2025 order denying Plaintiff's second motion for summary judgment, Plaintiff was warned that "future filings seeking the same relief, which are filed prematurely or do not comply with the Court's Discovery and Scheduling Order or Local Rules, may be summarily denied or returned without filing." (ECF No. 42, p. 2.) Pursuant to that warning, Plaintiff's third motion for summary judgment, filed July 21, 2025, was summarily denied because it was again premature and again failed to comply with the Court's Local Rules.

1

1  (ECF Nos. 43, 44.)

2  Plaintiff's fourth motion for summary judgment, filed July 28, 2025, also was summarily
3  denied because it was again premature and again failed to comply with the Court's Local Rules.
4  (ECF Nos. 45, 46.)  In the Court's July 29, 2025 order denying Plaintiff's fourth motion for
5  summary judgment, the Court pointed out that Plaintiff had filed four premature motions for
6  summary judgment needlessly multiplying these proceeds and repeatedly causing an undue
7  consumption and waste of limited judicial resources to manage and address Plaintiff's filings.
8  (ECF No. 46 at 2.)  Plaintiff was admonished that further baseless or duplicative filings, filings
9  made for harassment, or filings that needlessly multiple the proceedings, would be summarily
10 stricken and would subject Plaintiff to sanctions, including terminating sanctions.  (*Id.*)

11 By concurrent order, Plaintiff's fifth motion for summary judgment, filed August 12,
12 2025, also has been summarily denied because it was premature and failed to comply with the
13 Court's Local Rules.  (ECF No. 49.)  Plaintiff's sixth motion for summary judgment is also
14 premature and does not comply with the Court's Local Rules.  (ECF No. 52.)  Additionally, it
15 runs afoul of the Court's admonishment against further baseless or duplicative filings, or filings
16 that needlessly multiple the proceedings.  (ECF No. 46.)

17 Plaintiff has now filed six premature motions for summary judgment needlessly
18 multiplying these proceedings and repeatedly causing an undue consumption and waste of limited
19 judicial resources to manage and address his filings.  <u>Plaintiff is admonished for the final time</u>
20 <u>that any further baseless or duplicative filings, filings made for harassment, or filings that</u>
21 <u>needlessly multiple the proceedings, will be summarily stricken and will subject Plaintiff to</u>
22 <u>sanctions, including terminating sanctions.</u>

23 Accordingly, Plaintiff's sixth motion for summary judgment, (ECF No. 52), is HEREBY
24 SUMMARILY STRICKEN**.**

25
26 IT IS SO ORDERED.

27   Dated:   **September 5, 2025**            /s/ *Barbara A. McAuliffe*
28                                         UNITED STATES MAGISTRATE JUDGE