**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS MONROE CONE, | ) Case No.: 1:24-cv-00799-KES-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE CHRIS MONROE CONE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| GAMBLE III, *et al.*, | ) |
| Defendants. | ) |
| | ) |

Plaintiff Chris Monroe Cone is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on December 4, 2025.  Inmate Chris Monroe Cone, CDCR #BM-4911, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 4, 2025**

_____

STANLEY A. BOONE
United States Magistrate Judge