1
2
3
4
5                  # UNITED STATES DISTRICT COURT
6                       EASTERN DISTRICT OF CALIFORNIA
7

8    CHRIS MONROE CONE,                    | Case No.  1:24-cv-00799-KES-BAM (PC)

9                        Plaintiff,         ORDER REGARDING STIPULATION FOR
                                            VOLUNTARY DISMISSAL WITH
10         v.                               PREJUDICE

11   GAMBLE III, *et al.*,                  (ECF No. 71)

12                       Defendants.
13

14         Plaintiff Chris Monroe Cone ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

15   *forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

16         Currently before the Court is a stipulation for voluntary dismissal of this action with

17   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.

18   (ECF No. 71.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and

19   indicates that each party shall bear its own litigation costs and attorney's fees.

20         Accordingly, this action is terminated by operation of law without further order from the

21   Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending

22   motions and close this case.

23

24   IT IS SO ORDERED.

25     Dated:   **December 10, 2025**          /s/ *Barbara A. McAuliffe*

26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                            1